

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF WEST VIRGINIA

DAVID STEBBINS, PLAINTIFF

VS. 2:24-CV-00140

JOSHUA MOON AND LOLCOW, LLC DEFENDANTS

## MOTION FOR CM/ECF ACCESS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for CM/ECF Access in the above-styled action.

1. Section 5.4 of this Court's "Pro Se Handbook" says that the Court has discretion to give pro se parties permission to file in existing cases using the ECF. The Court should grant me permission to do so for the following reasons:

    - **Reason #1: I am far away**. I am from the State of Arkansas. Forcing me to file everything in this case using postal mail would cause this case to become tediously slow.

    - **Reason #2: This is already a cyberspace case**. The original copyrighted works were uploaded to YouTube, the corresponding infringement occurred on another website, and all pre-filing correspondence between myself and the defendants have been carried out over email. As such, it is only fitting that the case itself be litigated in cyberspace.

    - **Reason #3: I have experience using the ECF**. I have filed my fair share of copyright infringement cases since 2021 in the Northern District of California (since that is where YouTube is located). The Court can see that I have several years of experience filing electronically in that court, and that experience is likely to carry over here.

2. I therefore humbly ask the Court to instruct the Clerk's Office to give me access to ECF.

3. Once I am given ECF access, I will promptly file a Notice of Copyright Action (Form AO121) and Motion for Marshal Service under FRCP 4(c)(3).

So requested on this 18th day of March, 2024.

David Stebbins (pro se)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com