L R Civ P 83.6 Form (Rev. 09/2023)
L R Cr P 44.6 Form (Rev. 09/2023)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

David Stebbins

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

v.

CIVIL CASE NO. 2:24-cv-00140

Joshua Moon and Lolcow, LLC

---

**VISITING ATTORNEY INFORMATION**

Matthew Hardin, Hardin Law Office
Name of Visiting Attorney and firm name

1032711
Bar ID Number

DC
State

1725 I Street NW, Suite 300, Washington DC 20006
Visiting Attorney's mailing address, City, State and Zip

202-802-1948
Visiting Attorney's office telephone number

matthewdhardin@protonmail.com
Visiting Attorney's Email address

District of Columbia, 901 4th Street, NW Washington, D.C. 20001
Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing

---

**PARTY INFORMATION**

Joshua Moon and Lolcow, LLC
Name of party represented

---

**SPONSORING ATTORNEY INFORMATION**

Mark Heath, Spilman Thomas & Battle PLLC
Name of Sponsoring Attorney and firm name

5515
Bar ID Number

WV
State

PO Box 273, Charleston, West Virginia 25321-0273
Sponsoring Attorney's mailing address, City, State and Zip

(304) 340-3843
Sponsoring Attorney's office telephone number

MHeath@spilmanlaw.com
Sponsoring Attorney's Email address

Page 1 of 2

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case and complied with the West Virginia State Bar's requirement for attorneys admitted pro hac vice.

| March 26, 2024 | /s/ Matthew D. Hardin |
|---|---|
| Date | Signature of Visiting Attorney |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign and electronically file all papers that require the signature of an attorney.

| March 26, 2024 | /s/ Mark Heath |
|---|---|
| Date | Signature of Sponsoring Attorney |