David Stebbins
123 W. Ridge Ave.
APT D
Harrison, AR 72601

U.S. District Court
P.O. Box 2546
Charleston, WV 25329

