Case 2:24-cv-... Case 3:23-cv-00322-TLT Document 11-1 Filed 04/10/24 Page 1 of 2 Page 1 of 2 #: 63



**EXHIBIT A**

FILED

APR 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

DAVID A. STEBBINS,

    Plaintiff - Appellant,

v.

GOOGLE LLC,

    Defendant - Appellee.

No. 24-1936

D.C. No. 3:23-cv-00322-TLT
Northern District of California,
San Francisco

REFERRAL NOTICE

This matter is referred to the district court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3); *see also* Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).

If the district court elects to revoke in forma pauperis status, the district court is requested to notify this court and the parties of such determination within 21 days of the date of this referral. If the district court does not revoke in forma pauperis status, such status will continue automatically for this appeal pursuant to Fed. R. App. P. 24(a).

This referral shall not affect the briefing schedule previously established by this court.

Case 2:24-cv-00822-TLN-DMC Document 11 Filed 04/04/24 Page 2 of 2
Case: 23-4000 Document: 1 Filed: 04/04/2024 Page: 2 of 2 #: 64

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT