David Stebbins
123 W. Ridge Ave.
APT D
Harrison, AR 72601

NW ARKANSAS AR 727
11 APR 2024 PM 1 L



P.O. Box 2546
Charleston, WV 25329

25329-254646