IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DAVID STEBBINS,

    Plaintiff,

v.                                                           CIVIL ACTION NO. 2:24-cv-140

JOSHUA MOON and
LOLCOW LLC,

    Defendants.

**ORDER**

    This matter is before the Court on the "Emergency Motion for Expedited Consideration of ECF 3 (Motion for CM/ECF Access) and for Stay of Proceedings or in the Alternative for Protective Order" [ECF No. 14], filed by Plaintiff David Stebbins ("Plaintiff"), who is proceeding without counsel in this civil action. Therein, Plaintiff requests that (1) this action be stayed pending adjudication of his Motion for CM/ECF Access [ECF No. 3]; (2) Defendants Joshua Moon and Lolcow LLC (together, "Defendants") be ordered "to not file any more motions until that motion is ruled on;" and (3) the Court consider Plaintiff's motion for ECF access on an expedited schedule. [ECF No. 14 at 2]. In light of the undersigned's April 15, 2024 Order [ECF No. 12] staying this matter pending adjudication of Plaintiff's Application to proceed without prepayment of fees or costs, Plaintiff's first two requests for relief are moot. Likewise, because this matter has been stayed by said Order, the undersigned **FINDS** that expedited

consideration of Plaintiff's request for CM/ECF access is unnecessary. Consequently, Plaintiff's Emergency Motion [ECF No. 14] is hereby **DENIED**.

The parties are also hereby **NOTIFIED** that any further motions or other requests for relief made prior to expiration of the stay are strongly disfavored, and may only be filed with prior leave of Court upon a showing of good cause.

**IT IS SO ORDERED**.

The Clerk of Court is **DIRECTED** to transmit a copy of this Order to counsel of record and to any unrepresented party.

ENTER: April 16, 2024

Dwane L. Tinsley
United States Magistrate Judge