**Tina Smith**

| | |
|---|---|
| **From:** | Acerthorn <acerthorn@yahoo.com> |
| **Sent:** | Thursday, January 30, 2025 3:59 PM |
| **To:** | Thomas Johnston; Staci Wilson; WVSDdb_4CCA; matthewdhardin@protonmail.com |
| **Subject:** | Case 2:24-cv-00140 (Stebbins v. Moon) |

**CAUTION - EXTERNAL:**

Dear Judge Johnston,

I am writing this email today to attach unofficial copies of two motions that I am putting in the mail today: A motion to appoint counsel, and a motion for extension of time to file my objections to the two orders from Magistrate Judge Tinsley dated January 27, 2025. These motions are not signed by me, but the paper copies I am mailing today will be.

Now that you are being served over email with these two motions, by the time they reach the courthouse (approximately one week from today), you will already know exactly what they say, and can probably issue a ruling on them immediately if you are so inclined.

As you can see, I am also CCing defense counsel as well as the Clerk of the Court, so as to eliminate any possibility of ex parte communications.

Thank you and please rule on these motions in a timely manner.

Sincerely,
David Stebbins

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.