FILED
FEB - 4 2025
RORY L. PERRY II, CLERK
U.S. District Court

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF WEST VIRGINIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                          2:24-cv-00140

JOSHUA MOON AND LOLCOW, LLC                        DEFENDANTS

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO ECF 23 & 24

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time to File Objections to ECF 23 (Order Denying Motion for CM/ECF Access) and ECF 24 (Report and Recommendation of Magistrate Judge) in the above-styled action.

1.  I have filed a motion to appoint counsel in the above-styled action, which is being filed simultaneously alongside this motion. If granted, that motion will change the entire ball game of this case. Even if it were denied, due process and fundamental fairness requires that I be given adequate notice of the denial before I file a pro se response that may end up not being required.

2.  Even if the motion is denied *immediately*, the fact that it will take approximately 6 days for this motion to reach the court after I mail it, and another 6 days for the Court's order to reach me in the mail, necessitates a modest extension of time.

3.  For this reason, I ask that the deadlines to file the objections to the magistrate judge's two orders be stayed indefinitely.

So requested on this, the 30th day of January, 2025.

David Stebbins (pro se)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

Page 1 of 1