UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF WEST VIRGINIA

DAVID STEBBINS,                                                                                          PLAINTIFF

VS.                                              2:24-cv-00140

JOSHUA MOON AND LOLCOW, LLC                                          DEFENDANTS

## PROPOSED ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO ECF 23 & 24

      COMES NOW before the Court the Plaintiff's Motion for Extension of Time to File Objections to ECF 23 (Order Denying Motion for CM/ECF Access) and ECF 24 (Report and Recommendation of Magistrate Judge). For good cause show, the Court GRANTS this motion. The deadlines to file objections to those two orders are hereby stayed indefinitely. Once the Motion to Appoint Counsel has been properly disposed of, the Court will set a new deadline, if appropriate, for the Plaintiff to file his two objections.

_____
Signature of Judge

_____/_____/_____
Date (MM/DD/YYYY)