David Stebbins
123 W Ridge Ave.
Apt D
Harrison, AR 72601

US District Court
PO Box 2546
Charleston, WV 25329


