

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF WEST VIRGINIA

DAVID STEBBINS,        PLAINTIFF

VS.      2:24-cv-00140

JOSHUA MOON AND LOLCOW, LLC      DEFENDANTS

### SUPPLEMENT TO OBJECTION TO REPORT & RECOMMENDATION, AND TO OBJECTION TO ORDER DENYING MOTION FOR CM/ECF ACCESS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Supplement to Objection to Report & Recommendation, as well as Objection to Order Denying Motion for CM/ECF Access, in the above-styled action.

1. I initially mailed these two documents on February 4, 2025. I even sent an email to Judge Johnston's chambers to notify him that these two filings were forthcoming. However, they appear to have been lost in the mail, so I am mailing them again, this time with a tracking number.

2. I therefore hope that the Court will forgive the lateness of these filings, and proceed to consider them on the merits the same as if they were timely filed.

3. Meanwhile, the fact that I've had to re-mail these filings only proves that there is indeed a prejudice that I stand to suffer if I am not given CM/ECF Access: If I have to file via postal mail, then it is not guaranteed that the filings will reach the Court. If I keep getting tracking numbers for these mailings, it will quickly become prohibitively expensive for me. Therefore, I should be granted CM/ECF Access so as to ensure that all filings necessarily reach the court.

4. In addition, the Court's deputy has told me that I am not to contact the Court in the future simply to notify it that motions are forthcoming. See **Exhibit A**. This effectively nullifies the arguments I made in ¶ 11 of my Objection to Oder Denying Motion for CM/ECF Access. This means that I need ECF access in order to reliably file things in this case; there is no work-around to it. Please keep that in mind when considering that objection.

So notified on this, the 15th day of February, 2025.

/s/ David Stebbins
David Stebbins (pro se)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 204-6024
acerthorn@yahoo.com