### RE: Case 2:24-cv-00140 (Stebbins v. Moon)

From: Tina Smith (tina_smith@wvsd.uscourts.gov)
To: acerthorn@yahoo.com; matthewdhardin@protonmail.com; mheath@spillmanlaw.com
Date: Monday, February 10, 2025 at 12:01 PM CST

Mr. Stebbins,

Please be advised that pursuant to Section 7.1 (General Filing) of the USDC Southern District of West Virginia's Administrative Procedures for Electronic Case Filing, this court does not accept documents for "filing" via e-mail or faxing. The documents you have referenced below will not be deemed filed until receipt of such either via regular mail or via hand delivery.

Furthermore, this is not the appropriate e-mail address or manner in which to communicate with the judge's office. Please adjust your contact accordingly.

If you have any questions, please feel free to contact me.

Tina

Tina Smith, Deputy-in-Charge for the
   Charleston and Beckley Divisions
United States District Court
Southern District of West Virginia
P. O. Box 2546
Charleston, West Virginia 25329
(304) 347-3000

---

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Saturday, February 8, 2025 11:48 AM
**To:** Thomas Johnston <Judge_Johnston@wvsd.uscourts.gov>; Staci Wilson <Staci_Wilson@wvsd.uscourts.gov>; WVSDdb_4CCA <WVSDdb_4CCA@wvsd.uscourts.gov>; matthewdhardin@protonmail.com
**Subject:** Re: Case 2:24-cv-00140 (Stebbins v. Moon)

**CAUTION - EXTERNAL:**

Dear Judge Johnston,

Attached is my objection to the Magistrate Judge's Report and Recommendation, as well as my Objection to his Order Denying Motion for CM/ECF Access. Just like last time, these pleadings will be mailed to the Courthouse, and those mailings will bear my signature. This email simply provides an electronic copy of the pleadings for your convenience.

I am disappointed that you did not rule on the Motion for Extension of Time to Respond in time for me to avoid having to mail this. Please consider the relief I request in the first two paragraphs of my Objection to Report & Recommendation in order to undue the prejudice caused by this lack of extension.

Sincerely,

David Stebbins

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Exh A.