U.S. POSTAGE PAID
FCM LG ENV
HARRISON, AR 72601
FEB 18, 2025

**$6.89**

R2304E106306-55

25329

*Retail*

UNITED STATES
POSTAL SERVICE ®

RDC 99

CERTIFIED MAIL ®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9589 0710 5270 1394 6108 56

David Stebbins
123 W Ridge Ave
Apt D
Harrison, AR 72601

P.O. Box 2546
Chalseton, WV 25329

2-28