David Stebbins
123 W. Ridge Ave.
Apt D
Harrison, AR 72601

P.O. Box 2546
Charleston, WV 25329

