FILED:  April 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1398
(2:24-cv-00140)

_____

In re: DAVID STEBBINS

Petitioner

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
|---|---|
| Date Petition Filed: | 04/06/2026 |
| Petitioner | David Stebbins |
| Appellate Case Number | 26-1398 |
| Case Manager | C. Halupa 804-916-2702 |