**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**DAVID STEBBINS,**

      **Plaintiff,**

**v.**                                                    **Civil Action No. 2:24-cv-00140**

**JOSHUA MOON, et al.,**

      **Defendants.**

## <u>ORDER</u>

Due to a conflict, it is hereby **ORDERED** that this matter be transferred to Rory L. Perry, II, Clerk of the Court, for reassignment to another Magistrate Judge.  The Court is directed to transmit a copy of this Order to counsel of record and any unrepresented party.

Enter: April 8, 2026

_____
Dwane L. Tinsley
United States Magistrate Judge