IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

DAVID STEBBINS,

      Plaintiff,

v.                          CIVIL ACTION NO. 2:24-cv-00140

JOSHUA MOON, et al.,

      Defendants.

## CLERK'S ORDER

Pursuant to [39] Order, the referral of this civil action is transferred from the Honorable Dwane L. Tinsley, United States Magistrate Judge, to the Honorable Omar J. Aboulhosn, United States Magistrate Judge.

Copies of this Order shall be forwarded by the Clerk to Magistrate Judge Tinsley, Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

DATED:  April 8, 2026

_____
RORY L. PERRY II, Clerk of Court