FILED

MAY – 4 2026

PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF WEST VIRGINIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                                  2:24-cv-00140

JOSHUA MOON AND LOLCOW, LLC                                        DEFENDANTS

## NOTICE OF APPEAL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Appeal in the above-styled action.

1. I hereby appeal Doc. 42, the District Court's Order Adopting Magistrate Judge Tinsley's Report & Recommendation, denying the Application for Leave to Proceed In Forma Pauperis, striking the Amended Complaint, and threatening to dismiss the action "without prejudice" unless I pay the $400 filing fee within 30 days of the order.

2. This is an immediately appealable collateral order under **Cohen v. Beneficial Industrial Loan Corp.**, 337 US 541 (1949) because …

    (a) it is a conclusive, final matter resolving the issue of in forma pauperis status,

    (b) it is separable from the merits of the action, and

    (c) the denial would effectively be unreviewable if I waited until I final judgment. He intends to dismiss the action *without prejudice*, which would itself be unappealable. Over in Case No. 25-2007 in the US Court of Appeals for the Third Circuit, that court held a similar order "without prejudice" to be appealable because, otherwise, an insidious district court could keep me out of the court of appeals forever simply by repeatedly dismissing "without prejudice" over and over again. The Fourth Circuit could likewise hold here.

3. I seek leave to proceed on appeal in forma pauperis, but I will not attach an affidavit of indigency just yet because I already know there is a 100% chance that the District Judge will simply declare that the appeal is not taken in good faith because he says so, and deny me leave to proceed on that ground alone. I will instead apply for leave to proceed in forma pauperis with the Court of Appeals.

So notified on this, this 28th day of April, 2028.

_David Stebbins (pro se)_
David Stebbins (pro se)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com