David Stebbins
123 W. Ridge Ave.
Apt D
Harrison, AR 72601

NW ARKANSAS AR 727
30 APR 2026 AM 1 L

PURPLE HEART
FOREVER USA

U.S. District Court
Chief Clerk
P.O. Box 2546
Charleston, WU 25329

25329-254646