**APPEAL TRANSMITTAL SHEET (non-death penalty)**

| Transmittal to 4CCA of notice of appeal filed: 05/04/26 | District: Southern District of West Virginia | District Case No.: 2:24-cv-00140 |
|---|---|---|
| ✓ First NOA in Case | Division: Charleston | 4CCA No(s). for any prior NOA: |
| ___ Subsequent NOA-same party ___ Subsequent NOA-new party ___ Subsequent NOA-cross appeal ___ Paper ROA ___ Paper Supp. Vols: _____ Other: | Caption: Stebbins v. Moon et al | 4CCA Case Manager: |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

**Confinement**-Criminal Case:
___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
___ On bond
___ On probation

**Defendant Address**-Criminal Case:

**Fee Status:**
___ No fee required (USA appeal)    ___ Appeal fees paid in full    ✓ Fee not paid

**If the fee has not been paid, please check one of the following:**

**Criminal Cases:**
___ Defendant proceeded under CJA in district court.
___ Defendant did not proceed under CJA in district court.

**Civil, Habeas & 2255 Cases:**
___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
✓ Court never granted IFP status (must pay fee or apply to 4CCA)

**District Judge:**
Judge Thomas E. Johnston

**PLRA Cases:**
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Court Reporter** (list all):
N/A

**Sealed Status** (check all that apply):
____ Portions of record under seal
____ Entire record under seal
____ Party names under seal
____ Docket under seal

**Coordinator**: Lynn Cooper

**Record Status for Pro Se Appeals** (check any applicable):
✓ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
✓ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable):
___ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: Larry Ash            Phone: 304-347-3000            Date: 05/04/26

10/01/2024 LDJ/CD