**Tina Smith**

| | |
|---|---|
| **From:** | ecfnoticing@ca4.uscourts.gov |
| **Sent:** | Thursday, May 7, 2026 3:10 PM |
| **To:** | Tina Smith |
| **Subject:** | 26-1556 David Stebbins v. Joshua Moon "Record on Appeal Transmitted (court access only)" (2:24-cv-00140) |

**\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.**

### United States Court of Appeals for the Fourth Circuit

**Notice of Docket Activity**

The following transaction was entered on 05/07/2026 at 3:10:19 PM Eastern Daylight Time and filed on 05/07/2026

**Case Name:**　　David Stebbins v. Joshua Moon
**Case Number:**　26-1556
**Document(s):**　Document(s)

**Docket Text:**
ELECTRONIC RECORD TRANSMITTED (court access only). District court docket entries included in record: 1-46. [1001975107] [26-1556] Tina Smith

**Notice will be electronically mailed to:**

Rory L. Perry, II, Clerk of Court: WVSDdb_4CCA@wvsd.uscourts.gov
Tina Smith: tina_smith@wvsd.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Record on Appeal Transmitted (court access only)
**Original Filename:** WVSD-2-24-cv-00140-TEJ.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105645354 [Date=05/07/2026] [FileNumber=1001975107-0]
[90e0793633952bc50bd94a30e4df692a3fcc95c8275f3e6ac840286128f32be25240761b735604fd363ba
6b03862c2060ae4c244be95f84864d2eb7251dbb703]]