**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 26-1556**

DAVID STEBBINS,

Plaintiff - Appellant,

v.

JOSHUA MOON; LOLCOW LLC,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Thomas E. Johnston, District Judge. (2:24-cv-00140)

Submitted: October 20, 2026 Decided: October 22, 2026

Before KING, BENJAMIN, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David A. Stebbins, Appellant Pro Se. Matthew Hardin, HARDIN LAW OFFICE, Livingston, Texas, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Stebbins appeals the district court's order adopting the magistrate judge's recommendation to deny Stebbins's application to proceed in forma pauperis in the underlying copyright infringement action.* We have reviewed the record and find that the district court did not abuse its discretion in denying Stebbins's application. *See Dillard v. Liberty Loan Corp.*, 626 F.2d 363, 364 (4th Cir. 1980) (stating standard of review). Accordingly, we affirm the district court's order. *Stebbins v. Moon*, No. 2:24-cv-00140 (S.D. W. Va. Apr. 27, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

* We deny Stebbins's motion for the appointment of counsel, and deny as moot Defendants' motions to remand and to reconsider the court's order granting Stebbins's application to proceed in forma pauperis on appeal.