FILED: November 13, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-1556
(2:24-cv-00140)

DAVID STEBBINS

Plaintiff - Appellant

v.

JOSHUA MOON; LOLCOW LLC

Defendants - Appellees

M A N D A T E

The judgment of this court, entered October 22, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*